Prob 12C (7/93)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS

**2024 OCT -3 PH 3: 07**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Armando Espinoza-Rincon aka Armando Espinoza Rincon

**Case Number:** EP:23-CR-00278-KC(1)

**Name of Sentencing Judicial Officer:** Kathleen Cardone, U.S. District Judge

**Date of Original Sentence:** August 14, 2023

**Original Offense:** Illegal Re-Entry, in violation of 8 U.S.C. § 1326(a)

**Original Sentence:** Three (3) years non-reporting probation

**Type of Supervision:** Unsupervised Probation

**Date Supervision Commenced:** August 14, 2023

**Assistant U.S. Attorney:** Stephen G. Garcia          **Defense Attorney:** Thomas Randolf Rey

### PETITIONING THE COURT

[X]    To issue a warrant

[ ]    To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number 1:** If ordered deported from the United States, the defendant must remain outside the United States. If the defendant re-enters the United States or is released from confinement or not departed, he or she must report to the nearest U.S. Probation Office within 72 hours and the defendant shall be placed on reporting supervised release.

> **Nature of Noncompliance:** On or about September 11, 2024, Espinoza-Rincon was encountered by United States Border Patrol near Santa Teresa, New Mexico. A query revealed Espinoza-Rincon was last removed from the United States to Mexico August 15, 2023, and had not obtained permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States after being deported, removed, or excluded. Espinoza-Rincon failed to remain outside the United States after being deported.

**Armando Espinoza-Rincon aka Armando Espinoza Rincon**
**Docket No. EP:23-CR-00278-KC(1)**
**Petition for Warrant or Summons for Offender Under Supervision**
**Page 2**

## U.S. Probation Officer Recommendation:

The term of supervision should be

      **[X]** revoked.

      [ ] extended for _____ years, for a total term of _____ years.

      [ ] modified as follows:

Respectfully submitted,

Approved by,

Dorothy Reyes
U.S. Probation Officer
Office (915) 585-5580
Cellular (915) 270-1066
Date: September 25, 2024

Magdalena Iturbe
Supervising U.S. Probation Officer
Office (915) 585-6586
Cellular (915) 861-8892

---

## THE COURT ORDERS:

[ ]   No action.

☒   The issuance of a warrant.

[ ]   The issuance of a summons.

[ ]   Other

Kathleen Cardone, U.S. District Judge

October 2, 2024
Date